

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Case no. 1:18-cv-09304 (KPF)

**TODD DILLON**, individually, and **KAREN LONG**, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**VENTURE 475, LLC,** a New York limited liability company D/B/A **SYNERGY CAPITAL**,

    *Defendant.*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41, Plaintiffs Karen Long and Todd Dillon and Defendant Venture 475, LLC stipulate to the dismissal with prejudice of all claims in this action with each party to bear its own attorneys' fees and costs.

Dated: April 15, 2019

    */s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiffs*

1

Application GRANTED.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:     April 16, 2019               SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE